UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00031-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JEREMY MARQUIS JEFFERSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Discharge of Insolvent Debtor. As defendant is represented by counsel, this motion will be summarily denied under L.Cr.R. 47.1(h). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Discharge of Insolvent Debtor (#17) is summarily DENIED.

Signed: April 22, 2016

Max O. Cogburn Jr.
United States District Judge