# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16 cr 31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | **ORDER** |
| JEREMY MARQUIS JEFFERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Inquiry of/and Request for Appointment of Counsel (#23) filed by Mary Ellen Coleman, standby counsel for Defendant. At the hearing of this motion, Defendant advised the Court he now desires that Ms. Coleman be appointed as counsel to represent him in this matter. Defendant presented a Financial Affidavit and the undersigned finds that Defendant qualifies for court appointed counsel.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Inquiry of/and Request for Appointment of Counsel (#23) is hereby **ALLOWED** and the Court finds that Defendant qualifies for Court appointed counsel and it is Ordered Mary Ellen Coleman be appointed to represent Defendant in this matter.

1

Signed: May 6, 2016

_____
Dennis L. Howell
United States Magistrate Judge