UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00031-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JEREMY MARQUIS JEFFERSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's "Restitution Memorandum," which the court deems to be a consent Motion for Order of Restitution (#63). Having considered the government's consent motion and reviewed the pleadings, and finding such amount of restitution is due based on a preponderance of the evidence, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's consent Motion for Order of Restitution (#63) is GRANTED, and the previously entered Judgment is **AMENDED** to provide for restitution in the amount of **$3,532** payable to **SunTrust Bank**, attention J. Smith, 4777 Sharon Road, 310 Floor,[1] N.C. 28210 (T.I.N. 59-3482833). The Clerk of Court shall submit an amended judgment reflecting such amendment to Chambers.

Signed: May 8, 2017



Max O. Cogburn Jr
United States District Judge

---
[1] Address as provided by USAO.